## INDEX OF EXHIBITS

A1. Correspondence of Ellen Adler;

D1. Correspondence of B. A.;

E1. Correspondence of A.A.;

F. Correspondence of Elliot Adler;

G. Correspondence of Professor Timothy Casey;

H. Correspondence of Philip Chao (Mama's Kitchen);

I. Correspondence of Honorable Peter Lichtman(ret.);

J. Correspondence of Douglas Dixon;

K. Correspondence of Edward Manor;

L. Correspondence of Steven and Bonnie Kane;

M. Correspondence of Raynell Mills;

N. Correspondence of Demetrios Sparacino;

O. Correspondence of Alex Schack;

P. Correspondence of Sami Ladeki;

Q. Correspondence of Duncan Hunter;

R. Correspondence of Geoffrey Marr;

S. Correspondence of Jeremy White;

T. Correspondence of Justin Nadi;

U. Correspondence of Morris Levy;

V. Correspondence of Jim Neil;

W. Correspondence of Nathan and Caren Adler;

X. Correspondence of Gary Miner;

Y. Correspondence of Gabriel Adler;

Z. Correspondence of Raymond Poliakoff;

AA. Correspondence of Jeromey Lewis;

BB. Correspondence of Anna Lewis;

CC. Correspondence of Edwin Boniske;

DD. Correspondence of Howard Ost;

EE. Correspondence of Regina Bagdasarian;

FF. Correspondence of Matthew Dart;

GG. Correspondence of Rabbi Simcha Weiser;

HH. Correspondence of Rabbi Yossi Tiefenbrun;

II. Correspondence of Yehiel and Bracha Navon;

JJ. Correspondence of James Frantz;

KK. Correspondence of Jay Gonzalez;

LL. Correspondence of Alan Peller;

MM. Correspondence of Kyle Stanley;

NN. Correspondence of George Stiefel;

OO. Correspondence of Kieran Betts;

PP. Correspondence of Andrew O'Brien;

QQ. Correspondence of Travis and Jaclyn Lash;

RR. Correspondence of Steven Lash;

SS. Correspondence of Sandra Dimenstein;

TT. Correspondence of Zachary Dimenstein;

UU. Correspondence of Ian White;

VV. Correspondence of George and Joni White;

WW. Correspondence of Andrew and Rosalind Dimenstein;

XX. Article from Boston Herald;

YY. Certificate of Appreciation for Pro Tem Services Superior Court;

ZZ. Correspondence Notifying State Bar of conviction;

AAA. OSC from Central District Suspending Mr. Adler.