Patrick Q. Hall, CA Bar No. 97019
Lauren M. Hofflin, CA Bar No. 310005
Law Offices of Patrick Q. Hall
501 West Broadway, Suite 730
San Diego, California 92101
Telephone: (619) 268-4040
pat@pqhlaw.com

John C. Ellis, Jr., CA Bar No. 228083
Law Offices of John C. Ellis, Jr.
2495 Truxtun Road, Suite 206
San Diego, California 92106
Telephone: (619) 501-5522
john@johnellislaw.com                    Attorneys for ELLIOT ADLER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Cynthia Ann Bashant)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>ELLIOT ADLER,<br><br>Defendant. | CASE NO. 22-CR-821-BAS-1<br><br>**DEFENDANT ADLER'S SENTENCING SUMMARY CHART**<br><br>Date: August 19, 2022<br>Time: 11:00 a.m. |

COMES NOW Defendant ELLIOT ADLER, by and through his attorneys, Patrick Q. Hall and John C. Ellis, Jr., and pursuant to the Local Rules of the Southern District of California, respectfully submits his Sentencing Summary Chart.

Respectfully submitted,

Dated:  August 12, 2022          *s/Patrick Q. Hall & John C. Ellis*
                                 PATRICK Q. HALL & JOHN C. ELLIS, JR.
                                 Attorneys for ELLIOT ADLER

22-CR-821-BAS-1

# SENTENCING SUMMARY CHART

USPO ____
AUSA ____
DEF __X_

Defendant's Name: ELLIOT ADLER          Docket No. 22-CR-821-BAS-1

Attorney's Name: Patrick Q. Hall & John C. Ellis, Jr.     Phone No. (619) 268-4040
Guidelines Manual Used: NOVEMBER 1, 2021                 Agree w/USPO Calc: Yes

| | |
|---|---:|
| Base Offense Level: USSG §2T1(a)(1) & 2T4.1(G) | 18 |
| Specific Offense Characteristics: | |
| Adjusted Offense Level | 18 |
| Adjustment for Acceptance of Responsibility: USSG §3E1.1(a) | -3 |
| Total Offense Level: | 15 |
| Criminal History Score: | 0 |
| Criminal History Category:<br>☐Career Offender   ☐Armed Career Criminal | I |
| Guideline Range:<br>(Range limited by: ☐minimum mandatory ☐ statutory maximum) | from 18<br>to 24 mths |
| Departures:<br>     Other variances and 3553 factors | -2 |
| Resulting Offense Level: | 13 |
| Resulting Guideline Range: | from 12<br>to 18 mths |

RECOMMENDED SENTENCE: Split sentence of 6 months custody followed by 6 months house arrest, 3 years supervised release with 250 hours volunteer work