Patrick Q. Hall, CA Bar No. 97019
Law Offices of Patrick Q. Hall
501 West Broadway, Suite 730
San Diego, California 92101
Telephone: (619) 268-4040
Fax: (619) 268-4041
pat@pqhlaw.com

Attorney for Defendant
ELLIOT ADLER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Cynthia A. Bashant)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     vs.<br><br>ELLIOT ADLER,<br><br>                    Defendant. | CASE NO. 22-CR-821-BAS-1<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT** |

TO: CLERK OF THE COURT AND ALL PARTIES TO THIS ACTION

I, the undersigned attorney, wish to withdraw docket number 29 including Exhibits A1-Z, and Exhbits AA-AAA which was filed along with the Sentencing Memorandum on behalf of Mr. Elliot Adler on August 12, 2022. This document was incorrectly filed and is refiled as docket number 33 in the appropriate redacted PDF format.

                                        Respectfully submitted,

Dated:  August 16, 2022             *s/Patrick Q. Hall*
                                        PATRICK Q. HALL
                                        Attorney for Defendant
                                        ELLIOT ADLER

22-CR-821-BAS-1